```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

AARON HOWARD, Individually and On Behalf
Of All Others Similarly Situated,


                        Plaintiff,
                                                  08 Civ. 2804 (RWS)
        - against -
                                                  O R D E R
THE BEAR STEARNS COMPANIES INC., THE
BEAR STEARNS COMPANIES INC. EXECUTIVE
COMMITTEE, JAMES E. CAYNE, ALAN D.
SCHWARTZ, WARREN J. SPECTOR, SAMUEL L.
MOLINARO, JR., ALAN C. GREENBERG
and JOHN DOES 1-10,

                        Defendants.

------------------------------------------X

ESTELLE WEBER, Individually, on behalf of
the Bear Stearns Companies Inc. Employee
Stock Ownership Plan, and all others
similarly situated,

                        Plaintiff,
                                                  08 Civ. 2870 (RWS)
        - against -
                                                  O R D E R
THE BEAR STEARNS COMPANIES INC.,
CUSTODIAL TRUST COMPANY, JAMES CAYNE,
ALAN SCHWARTZ, WARREN SPECTOR, SAMUEL
MOLINARO, ALAN GREENBERG and
JOHN DOES 1-20,

                        Defendants.

------------------------------------------X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

------------------------------------------X

ANTHONY PISANO, individually and on
Behalf of all others similarly situated,

        Plaintiff,

  - against -

THE BEAR STEARNS COMPANIES INC., JAMES
CAYNE, ALAN D. SCHWARTZ, WARREN J.
SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C.
GREENBERG, and JOHN DOES 1-20,

        Defendants.
------------------------------------------X

08 Civ. 3006 (UA)

O R D E R

HANS MENOS, individually and on behalf of
all others similarly situated,

        Plaintiff,

  - against -

THE BEAR STEARNS COMPANIES INC., JAMES
CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR,
SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG
and JOHN AND JANE DOES 1-10,

        Defendants.
------------------------------------------X

08 Civ. 3035 (RWS)

O R D E R

IRA GEWIRTZ, individually and on behalf of
all others similarly situated,

        Plaintiff,

  - against -

THE BEAR STEARNS COMPANIES INC., JAMES
CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR,
SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG
and JOHN AND JANE DOES 1-20,

        Defendants.
------------------------------------------X

08 Civ. 3089 (RWS)

O R D E R

------------------------------------------X

DREW V. LOUNSBURY, individually and on
behalf of all others similarly situated,

    Plaintiff,

  - against -

THE BEAR STEARNS COMPANIES INC., JAMES E.
CAYNE, ALAN C. GREENBERG, ALAN D. SCHWARTZ,
PAUL A. NOVELLY, FRANK T. NICKELL,
FREDERIC V. SALERNO, VINCENT TESE,
and JOHN AND JANE DOES 1-10,

    Defendants.

------------------------------------------X

08 Civ. 3326 (UA)

O R D E R

SHELDEN GREENBERG, individually and on
behalf of all others similarly situated,

    Plaintiff,

  - against -

THE BEAR STEARNS COMPANIES INC., JAMES E.
CAYNE, ALAN C. GREENBERG, JEFFREY MAYER,
SAMUEL L. MOLINARO, JR., ALAN D.
SCHWARTZ, WARREN J. SPECTOR, and JOHN
AND JANE DOES 1-10,

    Defendants.

------------------------------------------X

08 Civ. 3334 (UA)

O R D E R

SCOTT WETTERSTEN, individually and on
behalf of all others similarly situated,

    Plaintiff,

  - against -

THE BEAR STEARNS COMPANIES INC., JAMES E.
CAYNE, ALAN D. SCHWARTZ, WARREN J.
SPECTOR, SAMUEL L. MOLINARO, ALAN C.
GREENBERG, and JOHN AND JANE DOES 1-10,

    Defendants.

------------------------------------------X

08 Civ. 3351 (UA)

O R D E R

**Sweet, D.J.,**

The motion of Plaintiffs Aaron Howard and Shelden Greenberg, dated April 8, 2008, for (1) Consolidation of ERISA Actions; (2) Appointment of Interim Lead Plaintiffs, Interim Co-Lead Class Counsel, and Interim Liaison Counsel; and (3) Entry of Pretrial Order No. 1 will be heard at noon on Wednesday, April 30, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

New York, NY
April // , 2008

/s/ Sweet
ROBERT W. SWEET
U.S.D.J.