UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON HOWARD, individually and on behalf of all others similarly situated, <br><br>            Plaintiff, <br><br>       v. <br><br> THE BEAR STEARNS COMPANIES INC., *et al.*, <br>            Defendants. | No. 08 Civ. 2804 (RWS) |
| ANTHONY PISANO, individually and on behalf of all others similarly situated, <br><br>            Plaintiff, <br><br>       v. <br><br> THE BEAR STEARNS COMPANIES INC., *et al.*, <br>            Defendants. | No. 08 Civ. 3006 (UA) |
| HANS MENOS, individually and on behalf of all others similarly situated, <br><br>            Plaintiff, <br><br>       v. <br><br> THE BEAR STEARNS COMPANIES INC., *et al.*, <br>            Defendants. | No. 08 Civ. 3035 (RWS) |
| IRA GEWIRTZ, individually and on behalf of all others similarly situated, <br><br>            Plaintiff, <br><br>       v. <br><br> THE BEAR STEARNS COMPANIES INC., *et al.*, <br>            Defendants. | No. 08 Civ. 3089 (RWS) |
| DREW V. LOUNSBURY, individually and on behalf of all others similarly situated, <br><br>            Plaintiff, <br><br>       v. <br><br> THE BEAR STEARNS COMPANIES INC., *et al.*, <br>            Defendants. | No. 08 Civ. 3326 (RWS) |

| | |
|---|---|
| SHELDEN GREENBERG, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE BEAR STEARNS COMPANIES INC., *et al.*, <br><br> Defendants. | No. 08 Civ. 3334 (RWS) |
| SCOTT WETTERSTEN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE BEAR STEARNS COMPANIES INC., *et al.*, <br><br> Defendants. | No. 08 Civ. 3351 (UA) |
| RITA RUSIN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE BEAR STEARNS COMPANIES INC., *et al.*, <br><br> Defendants. | No. 08 Civ. 3441 (UA) |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT THE BEAR STEARNS COMPANIES INC.

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendant The Bear Stearns Companies Inc. hereby state that The Bear Stearns Companies Inc. is a publicly traded corporation. JPMorgan Chase & Co. and Wilmington Trust Corporation are the only publicly held corporations that own 10% or more of the stock of The Bear Stearns Companies Inc.

Dated: April 14, 2008
New York, New York

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By:_____

    Brad S. Karp (bkarp@paulweiss.com)
    Lewis R. Clayton (lclayton@paulweiss.com)

1285 Avenue of the Americas
New York, New York  10019-6064
Tel.    (212) 373-3000
Fax    (212) 757-3980


Paul J. Ondrasik, Jr.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Tel.    (202) 429-8088
Fax    (202) 429-3902

*Attorneys for Defendant The Bear Stearns Companies Inc.*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                      )    :ss
COUNTY OF NEW YORK  )

Dytonia Reed, being duly sworn, deposes and says:

1.  I am not a party to this action, am over 18 years of age and am employed by Paul,

Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York,

New York 10019.


2.  On April 14, 2007, I served a true copy of the foregoing CORPORATE

DISCLOSURE STATEMENT OF DEFENDANT THE BEAR STEARNS COMPANIES

INC. on the following:


Barry Berke
David Frankel
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Jay Kasner, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036

Michael Chepiga, Esq.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

Ronald Richman, Esq.
Alan Glickman, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022

Lawrence B. Pedowitz, Esq.
David B. Anders, Esq.
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019

Steven Molo, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

Daniel S. Taub, Esq.
BEAR STEARNS & CO., INC.
383 Madison Avenue
New York, NY 10179

3. I made such service by personally enclosing a true copy of the aforementioned document in a properly addressed prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

Dytonia Reed

Sworn to before me this
14th day of April 2008

Notary Public

TREVOR J. HILL
Notary Public, State of New York
No. 01HI6181504
Qualified in Bronx County
Commission Expires February 4, 2012