SCANNED




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELDEN GREENBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br>vs.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE; ALAN C. GREENBERG; JEFFREY MAYER; SAMUEL L. MOLINARO, JR.; ALAN D. SCHWARTZ; WARREN J. SPECTOR; and JOHN AND JANE DOES 1-10,<br><br>              Defendants. | Case No. 08-CV-3334<br><br>**CLASS ACTION** |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Milo Silberstein, am a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *Pro Hac Vice* of:

    Erin M. Riley
    Keller Rohrback, L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, Washington 98101-3052
    Phone: (206) 623-1900
    Fax:   (206) 623-3384
    Email: lsarko@kellerrohrback.com.

Erin M. Riley is a member in good standing of the Bar of the State of Washington (Bar No. 16569). There are no pending disciplinary proceedings against Erin M. Riley in any State or Federal Court.

DATED on April 14, 2008 in New York, New York.

                                    **DEALY & SILBERSTEIN, LLP**

                                    Milo Silberstein (MS 4637)
                                    William J. Dealy (WD 9776)
                                    225 Broadway, Suite 1405
                                    New York, NY 10007
                                    Telephone:  (212) 385-0066
                                    Facsimile:  (212) 385-2117

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELDEN GREENBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE; ALAN C. GREENBERG; JEFFREY MAYER; SAMUEL L. MOLINARO, JR.; ALAN D. SCHWARTZ; WARREN J. SPECTOR; and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 08-CV-3334 (RWS)<br><br>**CLASS ACTION** |

### AFFIDAVIT OF MILO SILBERSTEIN
### TO ADMIT COUNSEL PRO HAC VICE

MILO SILBERSTEIN declares and states pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a member of the firm of Dealy & Silberstein, LLP, co-counsel for Plaintiff Sheldon Greenberg in the above captioned actions. I am familiar with the proceedings in this case. I make this statement based on my knowledge of the facts set forth herein and in support of Plaintiffs' Motion to admit Erin M. Riley as counsel *pro hac vice* to represent the Plaintiff in this matter.

2.  I am a member in good standing of the bar of the state of New York, and was admitted to practice law on March 10, 2008. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Erin M. Riley since March 2008. I am familiar with her practice. We have both been involved in complex ERISA class action litigation representing plaintiffs.

4.  Erin M. Riley is an attorney at Keller Rohrback L.L.P.

5. I have found Erin M. Riley to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure. A copy of her Certificate of Good Standing for the State Bar of Washington is attached as Exhibit A.

6. Accordingly, I am pleased to move for the admission of Erin M. Riley, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Erin M. Riley *pro hac vice*, which is attached as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Erin M. Riley, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2008 in New York, New York.

**DEALY & SILBERSTEIN, LLP**

_____
Milo Silberstein (MS 4637)
William J. Dealy (WD 9776)
225 Broadway, Suite 1405
New York, NY 10007
Telephone: (212) 385-0066
Facsimile: (212) 385-2117

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 30401 |
| OF | ) | **CERTIFICATE OF GOOD** |
| ERIN MAURA RILEY | ) | **STANDING** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

ERIN MAURA RILEY

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 03, 2000, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 7th day of April, 2008.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELDEN GREENBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE; ALAN C. GREENBERG; JEFFREY MAYER; SAMUEL L. MOLINARO, JR.; ALAN D. SCHWARTZ; WARREN J. SPECTOR; and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 08-CV-3334<br><br>**CLASS ACTION** |

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Milo Silberstein, co-counsel for Plaintiffs in the above captioned case, and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that

Erin M. Riley
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Phone: (206) 623-1900
Fax:   (206) 623-3384
Email: lsarko@kellerrohrback.com.

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

So Ordered this _____ day of _____ 2008, in New York, New York.


                                                                        _____
                                                                        United State District/Magistrate Judge