

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELDEN GREENBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE; ALAN C. GREENBERG; JEFFREY MAYER; SAMUEL L. MOLINARO, JR.; ALAN D. SCHWARTZ; WARREN J. SPECTOR; and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 08-CV-3334<br><br>CLASS ACTION<br><br>So ordered<br>Sweet<br>USDJ<br>4.15.08 |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Milo Silberstein, am a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *Pro Hac Vice* of:

Erin M. Riley
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Phone: (206) 623-1900
Fax:    (206) 623-3384
Email: lsarko@kellerrohrback.com.

Erin M. Riley is a member in good standing of the Bar of the State of Washington (Bar No. 16569). There are no pending disciplinary proceedings against Erin M. Riley in any State or Federal Court.

DATED on April 14, 2008 in New York, New York.

**DEALY & SILBERSTEIN, LLP**

Milo Silberstein (MS 4637)
William J. Dealy (WD 9776)
225 Broadway, Suite 1405
New York, NY 10007
Telephone: (212) 385-0066
Facsimile: (212) 385-2117