

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHELDEN GREENBERG, Individually and
On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

THE BEAR STEARNS COMPANIES INC.,
JAMES E. CAYNE; ALAN C. GREENBERG;
JEFFREY MAYER; SAMUEL L.
MOLINARO, JR.; ALAN D. SCHWARTZ;
WARREN J. SPECTOR; and JOHN AND
JANE DOES 1-10,

                Defendants.

---

Case No. 08-CV-3334

CLASS ACTION

So ordered
Sweet
USDJ
4-15-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Milo Silberstein, am a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *Pro Hac Vice* of:

> Derek W. Loeser
> Keller Rohrback, L.L.P.
> 1201 Third Avenue, Suite 3200
> Seattle, Washington 98101-3052
> Phone: (206) 623-1900
> Fax:    (206) 623-3384
> Email: dloeser@kellerrohrback.com.

Derek W. Loeser is a member in good standing of the Bar of the State of Washington (Bar No. 242749). There are no pending disciplinary proceedings against Derek W. Loeser in any State or Federal Court.

DATED on April 14, 2008 in New York, New York.

                                          **DEALY & SILBERSTEIN, LLP**

                                          _/s/ Milo Silberstein_
                                          Milo Silberstein (MS 4637)
                                          William J. Dealy (WD 9776)
                                          225 Broadway, Suite 1405
                                          New York, NY 10007
                                          Telephone: (212) 385-0066
                                          Facsimile: (212) 385-2117