UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

SHELDEN GREENBERG, Individually and
On Behalf of All Others Similarly Situated,

   Plaintiff,

vs.

THE BEAR STEARNS COMPANIES INC.,
JAMES E. CAYNE; ALAN C. GREENBERG;
JEFFREY MAYER; SAMUEL L.
MOLINARO, JR.; ALAN D. SCHWARTZ;
WARREN J. SPECTOR; and JOHN AND
JANE DOES 1-10,

   Defendants.

Case No. 08-CV-3334

**CLASS ACTION**

So ordered
[signature]
4.15.08

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Milo Silberstein, am a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *Pro Hac Vice* of:

   Lynn Lincoln Sarko
   Keller Rohrback, L.L.P.
   1201 Third Avenue, Suite 3200
   Seattle, Washington 98101-3052
   Phone: (206) 623-1900
   Fax:   (206) 623-3384
   Email: lsarko@kellerrohrback.com.

Lynn L. Sarko is a member in good standing of the Bar of the State of Washington (Bar No. 16569). There are no pending disciplinary proceedings against Lynn L. Sarko in any State or Federal Court.

DATED on April 14, 2008 in New York, New York.

                                              **DEALY & SILBERSTEIN, LLP**

                                              _/s/ Milo Silberstein_

                                              Milo Silberstein (MS 4637)
                                              William J. Dealy (WD 9776)
                                              225 Broadway, Suite 1405
                                              New York, NY 10007
                                              Telephone: (212) 385-0066
                                              Facsimile: (212) 385-2117