Form 02 - SUITABLE AGE                AETNA CENTRAL JUDICIAL SERVICES
          **DEALY & SILBERSTEIN LLP**
          **ATTN:**
U.S.DIST. SOUTHERN COURT      NEW YORK COUNTY
-------------------------------------------------

SHELDEN GREENBERG, INDIVIDUALLY & ON     plaintiff
BEHALF OF ALL OTHERS SIMILARLY SITUA
             - against -

THE BEAR STEARNS COMPANIES INC, ETAL    defendant

Index No. 08CV03334

Date Filed  .............

Office No.

Court Date:    / /

-------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:
**RUDOLPH WRIGHT**      being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **8th** day of **April, 2008  12:25 PM**                at
    **%BEAR STEARNS  383 MADISON AVE (SERVED IN LOBBY)**
    **NY, NY 10179**
I served the    **SUMMONS AND COMPLAINT**
upon **JAMES E. CAYNE**
**the DEFENDANT**   therein named by delivering and leaving a true copy or copies of the aforementioned documents with
    **SARAH M. DENNIE, VICE PRESIDENT & CO-WORKER**
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE**   COLOR: **BLACK**    HAIR: **BLACK**      AGE: **25**  HEIGHT: **5:5**    WEIGHT: **145**
OTHER IDENTIFYING FEATURES:
On **04/09/2008** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.
**AS EVIDENCE BY CERTIFICATE OF MAILING HEREWITH ATTACHED.**
That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT** was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
9th  day of  April,         2008tm

KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT  1022795
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7DS13121809