```
Form 02 - SUITABLE AGE              AETNA  CENTRAL  JUDICIAL  SERVICES
           DEALY & SILBERSTEIN LLP
           ATTN:
U.S.DIST:SOUTHERN COURT       NEW YORK   COUNTY
-------------------------------------------------
                                                   Index No. 08CV03334
SHELDEN GREENBERG,INDIVIDUALLY & ON      plaintiff
BEHALF OF ALL OTHERS SIMILARLY SITUA               Date Filed  ..........
               - against -
                                                   Office No.
THE BEAR STEARNS COMPANIES INC, ETAL    defendant
                                                   Court Date:   / /
-------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:
RUDOLPH WRIGHT      being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
8th day of April, 2008  12:25 PM                at
     %BEAR STEARNS 383 MADISON AVE (SERVED IN LOBBY)
     NY, NY 10179
I served the   SUMMONS AND COMPLAINT
upon SAMUEL L. MOLINARO, JR.
the DEFENDANT   therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     SARAH M. DENNIE, VICE PRESIDENT & CO-WORKER
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE   COLOR: BLACK    HAIR: BLACK     AGE: 25  HEIGHT: 5:5   WEIGHT: 145
OTHER IDENTIFYING FEATURES:
On 04/09/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.
AS EVIDENCE BY CERTIFICATE OF MAILING HEREWITH ATTACHED.
That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
9th  day of April,         2008tm

JOEL GOLUB                              RUDOLPH WRIGHT  1022795
Notary Public, State of New York        AETNA   CENTRAL   JUDICIAL   SERVICES
    No.01G04751136                      225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY              NEW YORK, NY, 10007
Commission Expires 12/31/2009           Reference No: 7DS13121812
```