Form 07 - CORPORATION

```
         DEALY & SILBERSTEIN LLP
         ATTN:
U.S.DIST. SOUTHERN COURT     NEW YORK   COUNTY
-----------------------------------------------
```

| | |
|---|---|
| SHELDEN GREENBERG,INDIVIDUALLY & ON    plaintiff<br>BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>          - against -<br><br>THE BEAR STEARNS COMPANIES INC, ETAL    defendant | Index No. 08CV03334<br><br>Date Filed  . . . . . . . . . . . .<br><br>Office No.<br><br>Court Date:   /  / |

STATE OF NEW YORK, COUNTY OF NEW YORK              :SS:

**RUDOLPH WRIGHT**     being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **8th** day of **April, 2008** at **12:25 PM.,**          at
    **383 MADISON AVENUE (SERVED IN LOBBY)**
    **NEW YORK, NY 10179**

I served a true copy of the
    **SUMMONS AND COMPLAINT**

upon **THE BEAR STEARNS COMPANIES INC.**
**a domestic corporation,** the **DEFENDANT** therein named by delivering to, and leaving personally with
    **SARAH M. DENNIE, VICE PRESIDENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **BLACK** | HAIR: **BLACK** |
| APP. AGE: **25** | APP. HT: **5:5** | APP. WT: **145** |

OTHER IDENTIFYING FEATURES:

Sworn to before me this
9th  day of  April,      2008tm
KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT  1022795
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7DS13121806