# CERTIFICATE OF SERVICE

**I hereby certify that on this date that a true and correct copy of the foregoing Plaintiffs Aaron Howard and Shelden Greenberg's Reply to Plaintiff Drew V. Lounsburys' Response to the Motions of Weber Plaintiffs and the Howard Plaintiffs for Consolidation of all Related ERISA Cases and Other Relief was served on the following via the Court's ECF filing system**.

| | |
|---|---|
| **WOLF POPPER LLP**<br>Marion P. Rosner<br>Andrew Lencyk<br>James Kelly-Kowlowitz<br>845 34rd Avenue<br>New York, NY 10022<br>Telephone: (212) 759-4600<br><br>***Counsel for Plaintiff Estelle Weber*** | **DEALY & SILBERSTEIN, LLP**<br>Milo Silberstein<br>William J. Dealy<br>225 Broadway, Suite 1405<br>New York, NY 10007<br>Telephone: 212) 385-0066<br>Facsimile: 212) 385-2117<br><br>**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**<br>Joseph H. Meltzer<br>Edward W. Ciolko<br>Mark K. Gyandoh<br>Joseph A. Weeden<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br>***Counsel for Plaintiff Aaron Howard*** |

**MEREDITH COHEN GREENFOGEL& SKIRNICK, P.C.**

Robert A. Skirnick
One Liberty Plaza, 35th Floor
New York, NY 10006
Telephone: (212) 624-0020
Facsimile: (212) 240-0021

**HAGENS BERMAN SOBOL SHAPIRO LLP**

Steve W. Berman
Andrew M. Volk
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
andrew@hbsslaw.com

**MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.**

Steven J. Greenfogel
1521 Locust Street, 8th Floor
Philadelphia, PA 19102
Telephone: (215) 564-5182
Facsimile: (215) 569-0958

**LAW OFFICES OF MATTHEW F. PAWA, P.C.**

Matthew F. Pawa
1280 Centre Street, Suite 230
Newton Centre, MA 02459
Telephone: (617) 641-9550
Facsimile: (617) 651-9551
Email: mp@pawalaw.com

***Counsel for Plaintiffs Ira Gewirtz, Anthony Pisano, Rita Rusin and Lawrence Fink.***

| | |
|---|---|
| **RABIN & PECKEL LLP**<br><br>I. Stephen Rabin<br>Joseph V. McBride<br>275 Madison Avenue, Suite 420<br>New York, NY 10016<br>Telephone: (212) 880-3722<br>Facsimile: (212) 880-3716<br><br>***Counsel for Plaintiff Hans Menos***<br><br>**OF COUNSEL:**<br><br>**BRAGAR WEXLER & EAGEL, PC**<br>885 Third Avenue, Suite 3040<br>New York, NY 10022<br>Telephone: (212) 308-5858<br>Facsimile: (212) 486-0462 | **SHALOV STONE BONNER & ROCCO LLP**<br><br>Ralph M. Stone<br>James P. Bonner<br>Thomas G. Ciarlone, Jr.<br>485 Seventh Avenue, Suite 1000<br>New York, NY 10018<br>Telephone: (212) 239-4340<br>Facsimile: (212) 239-4310<br><br>**JOHNSON & PERKINSON**<br><br>Dennis J. Johnson<br>Jacob B. Perkinson<br>James F. Conway, III<br>Eben F. Duval<br>1690 Williston Road<br>P.O. Box 2305<br>South Burlington, VT 05043<br>Telephone (802) 862-0030<br>Facsimile (802) 862-0060<br><br>***Counsel for Plaintiff Scott Wettersten*** |
| **PAUL, WEISS, RIFIKIND, WHARTON & GARRISON, LLP**<br><br>Lewis Richard Clayton<br>Brad Scott Karp<br>Douglas M. Pravda<br>1286 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3215<br>Facsimile: (212) 373-2070<br>lclayton@paulweiss.com<br><br>***Counsel for Defendant The Bear Stearns Companies, Inc.*** | **STULL STULL & BRODY**<br><br>Edwin J. Mills<br>6 East 45th Street, 5th Floor<br>New York, NY 10017<br>Telephone: (212) 687-7230<br>Facsimile: (212) 490-2022<br>ssbny@aol.com<br><br>***Counsel for Plaintiff Drew V. Lounsbury*** |

/s/

Milo Silberstein