UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELDEN GREENBERG, Individually and On
Behalf of All Others Similarly Situated,

Plaintiff,

vs.

THE BEAR STEARNS COMPANIES INC.,
JAMES E. CAYNE; ALAN C. GREENBERG;
JEFFREY MAYER; SAMUEL L. MOLINARO,
JR.; ALAN D. SCHWARTZ; WARREN J.
SPECTOR; and JOHN AND JANE DOES 1-10,

Defendants.

**APPEARANCE**

Case Number: 08-cv-03334 (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Jeffrey Mayer

I certify that I am admitted to practice in this court.

April 25, 2008
Dated:

Steven F. Molo (SM 1818)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-7456
Fax: (212) 848-7179
Email: smolo@shearman.com