UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Shelden Greenberg, et al,
           Plaintiff,

    -against-                              08 CIVIL 3334 (RWS)

The Bear Stearns Co. Inc., et al,
           Defendant.
----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _Daniel H.R. Laguardia_

☐ **Attorney**

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _DL 9400_

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☑ **Law Firm/~~Government Agency~~ Association**

    From: Sullivan & Cromwell, LLP

    To: Shearman & Sterling LLP

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ Address: _Shearman & Sterling LLP 599 Lexington Avenue_

☐ Telephone Number: _212-848-4000_

☐ Fax Number: _646-848-4731_

☐ E-Mail Address: _daniel.laguardia@shearman.com_

Dated: _5/1/08_         _DHRL_