Jill L. Goldberg, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Attorneys for Defendant Alan C. Greenberg*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELDEN GREENBERG, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN C. GREENBERG, JEFFREY MAYER, SAMUEL L. MOLINARO, JR., ALAN D. SCHWARTZ, WARREN J. SPECTOR, and JOHN AND JANE DOES 1-10,<br><br>　　　　　　　　　　　　　　　Defendants. | No.: 1:08-cv-03334 (RWS)<br><br>**NOTICE OF APPEARANCE** |

10655175.1

**PLEASE TAKE NOTICE** that the law firm of Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, hereby appears as counsel for defendant Alan C. Greenberg, in this action. Copies of all future pleadings, papers and communications should be served on the undersigned at the address listed below.

Dated: New York, New York
April 30, 2008

                    SCHULTE ROTH & ZABEL LLP

                    By: _____
                          Jill L. Goldberg

                    jill.goldberg@srz.com
                    919 Third Avenue
                    New York, New York 10022
                    Telephone: (212) 756-2000
                    Fax: (212) 593-5955
                    *Attorneys for Defendant Alan C. Greenberg*

10655175.1