UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELDEN GREENBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE; ALAN C. GREENBERG; JEFFREY MAYER; SAMUEL L. MOLINARO, JR.; ALAN D. SCHWARTZ; WARREN J. SPECTOR; and JOHN AND JANE DOES 1-10,<br><br>                              Defendants. | Case No.  08-CV-3334 (RWS)<br><br>**CLASS ACTION** |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of David S. Preminger of Keller Rohrback L.L.P. on behalf of the Plaintiff Shelden Greenberg.

Respectfully submitted this June 10, 2008.

Respectfully submitted,

**KELLER ROHRBACK L.L.P**

/s/   David S. Preminger
David S. Preminger (DP-1057)
dpreminger@kellerrohrback.com
275 Madison Avenue, Suite 1425
New York, New York 10016
Telephone:  (212) 878-8890
Facsimile:  (212) 867-6878

Lynn Lincoln Sarko (LS-3700)
lsarko@kellerrohrback.com
Derek W. Loeser (DL-6712)
dloeser@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

*Counsel for Plaintiff Greenberg*